# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| Charles Walker | ) |
| *Petitioner* | ) |
| v. | )   Civil Action No.    5:18-cv-1768-RBH |
| Bonita Mosely, Warden | ) |
| *Respondent* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____
recover costs from the petitioner *(name)* _____.

■ other: This petition is dismissed without prejudice and without requiring Respondent to file an answer or
return. The Court denies a certificate of appealability.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge. The court adopts the Report and
Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

| | |
|---|---|
| | ROBIN L. BLUME |
| Date:   December 27, 2018 | *CLERK OF COURT* |
| | |
| | s/Debbie Stokes |
| | _____ |
| | *Signature of Clerk or Deputy Clerk* |